IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEITHEN L. JONES**
**ADC # 085316**                                                                                          **PLAINTIFF**

v.                              Case No. 4:24-cv-00345-KGB

**DEXTER PAYNE,**
**DIRECTOR, ADC,** *et al.*                                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 13). Plaintiff Keithen L. Jones has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). Mr. Jones's complaint is dismissed without prejudice (Dkt. No. 2). Mr. Jones's motion to amend complaint is denied as moot (Dkt. No. 12). Mr. Jones's motion for copies is granted, and the Clerk is directed to send to Mr. Jones an updated copy of the docket sheet (Dkt. No. 12). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(2), any *in forma pauperis* appeal would be considered frivolous and not taken in good faith.

It is so ordered this the 21st day of January, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge